169 A.3d 980

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER,
v. S.B., DEFENDANT-RESPONDENT.

June 15, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003791–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

169 A.3d 980

STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v.
TARIQ S. GATHERS, DEFENDANT-RESPONDENT.

June 15, 2017

ORDER

It is ORDERED that the motion of the County Prosecutor's Association of New Jersey for leave to file a brief and argue as amicus curiae is granted. The parties may electronically serve and file briefs in response on or before July 17, 2017. Oral argument is limited to five minutes.